WALTER STILL, JR. v. BOARD OF EDUCATION OF
THE TOWNSHIP OF CHERRY HILL,
CAMDEN COUNTY.

November 7, 1984.

Petition for certification denied.

ESTATE OF EMERSON RICHARDS, DECEASED AND ADELINA
M. RICHARDS v. JOHN R. SPINA.

November 7, 1984.

Petition for certification denied.

ESTATE OF EMERSON RICHARDS, DECEASED AND ADELINA
M. RICHARDS v. JOHN R. SPINA.

November 7, 1984.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE SIMMONS.

November 7, 1984.

Petition for certification denied.